UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-20104-CR-BLOOM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CLEON MURRAY,

Defendant.
_______________________________________/

**JOINT MOTION TO CONTINUE TRIAL AND ASSOCIATED DEADLINES**

Cleon Murray, through undersigned counsel and unopposed by the government, respectfully moves this Honorable Court to continue trial for 30 days, and grant a corresponding extension of any plea and pretrial motions deadlines. In support thereof, he states the following:

1. Mr. Murray is before this court pursuant to a two-count indictment alleging false claim of citizenship in order to vote, in violation of 18 U.S.C. §1015(f), and voting by alien, in violation 18 U.S.C. § 611. (DE 1).

2. The case is currently set for trial on August 14, 2026. Calendar Call is set for August 11, 2026. (DE 14)

3. On July 20, 2026, the defense is filed a motion to dismiss count 2, arguing the 18 U.S.C. § 611 is constitutional. (DE 17)

4. The government filed an unopposed motion for extension of time to respond on July 31, 2026. (DE 18) The government filed its response on August 11, 2026. (DE20).

5. The defense reply is due, August 14, 2026.

6. The parties are jointly requesting additional time for the motions to be filly litigated and decided.

7. Additionally, AUSA Jackson Dering is currently scheduled for trial in a separate matter during the week of August 24, 2026.

8. Further, the undersigned is scheduled to be on military orders in Charlotte, North Carolina from August 16th to the 18th. (See appointing order attached as Exhibit 1)

9. This request is made in good faith and not for purposes of unnecessary delay. It is in the interests of justice and would not interfere with the public or Mr. Murray's interest in a speedy resolution of this matter.

10. Undersigned counsel has communicated with the Assistant United States Attorney assigned to the instant case Jackson Dering, who indicated that the government joins in this request.

WHEREFORE, Cleon Murray, through undersigned counsel, respectfully requests that this Honorable Court grant a 30-day continuance of trial, and grant a corresponding extension of any associated deadlines.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

BY: s/*Paul Carson*
Paul Carson
Assistant Federal Public Defender
Special A No. A5503297
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: 305-530-7000
E-Mail Address: paul_carson@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **August 14, 2026,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Paul Carson*
Paul Carson